# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

|  |  |
|---|---|
| SHAWN ALLEN COTTRELL | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| NAPHCARE, INC., MARY JANE JOHNSON, | ) |
| JULIE HUTCHINSON, and SYLVIE STACY, |  |

Civil Action No.   4:17-CV-5086-TOR

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment is entered in favor of Defendants.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____Thomas O. Rice_____ on Defendants' Motion to Dismiss and Motion for Summary Judgment ECF No. 72.

Date:  __June 7, 2019_____

CLERK OF COURT

 SEAN F. McAVOY
_____

 s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

 Linda L. Hansen
_____